**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
BF-9219

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

LAMUEL WILSON,

          Plaintiff,

  -against-

THE CITY OF NEW YORK,

          Defendant.

------------------------------------------------X

08 CV 0994(RMB)(HP)

**AFFIDAVIT**
**OF PERSONAL SERVICE**

STATE OF NEW YORK  )
                        : SS.:
COUNTY OF NEW YORK)

      I, BERNARD D. FRIEDMAN, being duly sworn, depose and say:

      I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 31st day of January, 2008 at 11:15 a.m., I served defendant THE CITY OF NEW YORK, by personally delivering a true copy of the

Complaint in the above-captioned action upon Docket Clerk, Ms. Tameka Gammon, a representative of the New York City Law Department duly authorized to accept service, at 100 Church Street, 4th Floor, New York, New York 10007.

The representative acknowledged service by stamping a copy of the documents.

BERNARD D. FRIEDMAN

Sworn to before me this
31st day of January, 2008.

Notary Public

LISA LYONS
Notary Public, State of New York
No. 01LY6146987
Qualified in Richmond County
Commission Expires May 30, 20 10