USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

RECEIVED
... J4 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.



THE CITY OF NEW YORK

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ANSHEL DAVID<br>Phone (212) 788-0602<br>Fax (212 788-0367 |

**MEMO ENDORSED**

March 3, 2008



Conference on 3/19/08 @ 9:30 AM

SO ORDERED:
Date: 3/5/08
Richard M. Berman, U.S.D.J.

**By HAND**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

    Re:  Wilson v. City of New York
          08 CV0994 (RMB)
          NYC File No.: 2008-003349

Dear Judge Berman:

    I represent defendant City of New York ("City") in the above Jones Act case. I am writing to request that, because of my vacation schedule, the pre-trial conference now scheduled for March 10, 2008 be adjourned to the week of March 24, 2008 at a date convenient for the Court. Plainitff has consented to this application.

    Thank you for your consideration.

                                    Respectfully submitted,

                                    Anshel David
                                  Assistant Corporation Counsel

Hon. Richard M. Berman
March 3, 2008
page 2

cc: **_BY FAX (212) 619-2340_**
Bernard Friedman, Esq.
Friedman & James. LLP
Attorneys for Plaintiff
132 Nassau Street, Suite 900