UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

LAMUEL WILSON,

                      Plaintiff,                    **CASE MANAGEMENT PLAN**

    -against-

THE CITY OF NEW YORK,                    08 CV-0994 (RMB)

                      Defendant.
--------------------------------------------------------X

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)      Joinder of additional parties by   **May 19, 2008**

(ii)     Amend the pleadings by   **May 19, 2008**

(iii)    All discovery to be **expeditiously** completed by  **September 19, 2008**

(iv)   Consent to Proceed before Magistrate Judge  **parties to advise the Court by letter within two (2) weeks**

(v)     Status of settlement discussions  **none to date**  *Settlement with principals on 9/29/08 @ 9:30 A.M.*

**Sections vi through xi will be set at conference with the Court**

(vi)   Motions

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)   Final Pre-Trial Conference

(x)    Trial

(xi)   Other  *Work on Settlement*

**SO ORDERED:**    New York, New York

                    3/19/08

                                                                          RMB
                                                        Hon. Richard M. Berman, U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/19/08]